**Order entered January 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01063-CV

## DOUBLE DIAMOND-DELAWARE, INC., ET AL., Appellants

## V.

## JEANETTE ALFONSO, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-16333

## ORDER

So that the Court may determine whether it has jurisdiction over this appeal, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than January 14, 2018, a supplemental clerk's record containing a copy of (1) "Certain Defendants' Verified Second Amended Answer;" (2) "Double Diamond Defendants' Second Amended and Supplemental Answer, Verified Plea, Affirmative Defenses, and Counter-Claim;" (3) "Trial Plaintiff's Notice of Partial Non-Suit without Prejudice as to Certain Parties and Claims;" and, (4) "Nelia Vicente's Notice of Partial Nonsuit without Prejudice as to Certain Parties and Claims." If any of these documents cannot be located, Ms. Pitre shall state so in writing.

Until the Court determines its jurisdiction, the deadline for filing appellants' brief is suspended.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ADA BROWN
        JUSTICE